UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

LCO DESTINY, LLC

                Plaintiff,

                        Civil Action No. 5:17-cv-946
                        (FJS/ATB)

v.

WHOLESALE DÉCOR LLC, an Ohio
limited liability company, and
PHILIP DAETWYLER, an individual,

                Defendants.

_____

## **STIPULATED DISMISSAL**

      The parties, LCO Destiny, LLC, Wholesale Décor LLC, and Philip Daetwyler, by and through their respective undersigned counsel, hereby stipulate for the dismissal of all claims and counterclaims, and any other causes of action of any kind, in this action with prejudice pursuant to FED. R. CIV. P. 41(a), with each party to bear its own attorney fees and costs.

Dated: February 3 , 2022    By: /s/Robert E. Purcell
                                        Robert E. Purcell, Bar Roll No. 510,595
                                        THE LAW OFFICE OF ROBERT E. PURCELL,
                                        PLLC
                                        211 West Jefferson Street, Suite 24
                                        Syracuse, New York 13202
                                        Telephone: (315) 671-0710
                                        Facsimile: (315) 671-0711

                                        *Attorneys for the Plaintiff, LCO Destiny, LLC*

-1-

By: /s/Anthony M. Kroese
Christopher J. Belter
Anthony M. Kroese
Bar Roll No. 302,540
Bar Roll No. 700,263
GOLDBERG SEGALLA LLP
665 Main Street
Buffalo, New York 14201
Telephone: (716) 566-5412

*Attorneys for the Defendants Wholesale Décor LLC and Philip Daetwyler*

IT IS SO ORDERED.    Date: February 4, 2022

_____
Frederick J. Scullin, Jr.
Senior United States District Judge